# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

CHRISTEN KUFFELL,

      **Plaintiff,**

v.

PORTFOLIO RECOVERY
ASSOCIATES**,** LLC,

      **Defendant.**

_____/

## COMPLAINT

Plaintiff Christen Kuffell ("Plaintiff") sues Defendant Portfolio Recovery Associates, LLC, ("Defendant") for violations of the Fair Debt Collection Practices Act ("FDCPA") and Florida Consumer Collection Practices Act ("FCCPA").

## JURISDICTION AND VENUE

1.     This Court has federal question subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, as the action arises under the FDCPA.

2.     Supplemental jurisdiction exists for the FCCPA claims under 28 U.S.C. § 1367.

3.     This Court has personal jurisdiction over Defendant because Defendant is operating, present, and/or doing business within this jurisdiction and because the complained of conduct of Defendant occurred within Pinellas County, Florida.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515  NE 26th Street, | Wilton Manors, Florida 33305 | Phone (813) 340-8838 | Fax (855) 529-9540
www.JibraelLaw.com

4.      Venue of this action is proper in this Court because the cause of action alleged below arose in Pinellas County, Florida.

## PARTIES

5.      Plaintiff is a natural person, and a citizen of the State of Florida, residing in Pinellas County, Florida.

6.      Defendant is a Delaware limited liability company, with its principal place of business located in Norfolk, Virginia.

## DEMAND FOR JURY TRIAL

7.      Plaintiff, respectfully, demands a trial by jury on all counts and issues so triable.

## FACTUAL ALLEGATIONS

### Background

8.      On or about September 6, 2025, Defendant began attempting to collect a debt from Plaintiff (the "Consumer Debt").

9.      The Consumer Debt is an obligation allegedly had by Plaintiff to pay money arising from a transaction between the creditor of the Consumer Debt and Plaintiff (the "Subject Service").

10.     The Subject Service was primarily for personal, family, or household purposes.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515  NE 26th Street, | Wilton Manors, Florida 33305 | Phone (813) 340-8838 | Fax (855) 529-9540
www.JibraelLaw.com

11.    Defendant is a business entity engaged in the business of collecting consumer debts.

12.    Defendant regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

13.    Defendant is registered with the Florida Office of Financial Regulation as a "Consumer Collection Agency."

14.    Defendant's "Consumer Collection Agency" license number is CCA0900382.

15.    Defendant maintains all the records specified in Rule 69V-180.080, Florida Administrative Code.

16.    The records specified by Rule 69V-180.080, Florida Administrative Code, of which Defendant does maintain, are current to within one week of the current date.

17.    For example, Defendant does not maintain and keep updated within seven (7) days the records required by, *inter alia*, Florida Administrative Code Rule 180.080(1), (3), (6), (7), (9), (10), and (11).

18.    Further, Defendant has written policies and procedures for the secure handling of all consumer documents and information received in the course of collecting a debt from a consumer as required by Rule 69V-180.090(2).

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515  NE 26th Street, | Wilton Manors, Florida 33305 | Phone (813) 340-8838 | Fax (855) 529-9540
www.JibraelLaw.com

19. As such, Defendant is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6).

20. Additionally, Defendant is a "person" within the meaning of Fla. Stat. § 559.72.

## The Unlawful Communications

21. On or about September 6, 2025, Defendant began attempting to collect the Consumer Debt from Plaintiff by sending Plaintiff a collection communication (the "First Collection Communication").

22. A screenshot of the First Collection Communication is attached hereto as "Exhibit A."

23. On or about October 25, 2025, Plaintiff sent Defendant a cease and desist letter, requesting Defendant to stop contacting Plaintiff (the "Cease and Desist Letter").

24. A screenshot of the Cease and Desist Letter is attached hereto as "Exhibit B."

25. Upon information and belief, the Cease and Desist Letter was received by Defendant on October 30, 2025.

26. Upon receipt of the Cease and Desist Letter, Defendant knew that it could not communicate with Plaintiff directly in connection with the collection of the Consumer Debt.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515 NE 26th Street, | Wilton Manors, Florida 33305 | Phone (813) 340-8838 | Fax (855) 529-9540
www.JibraelLaw.com

27.     On or about November 6, 2025, (labeled "5:37 PM") despite knowing that Plaintiff had requested Defendant to stop contacting them, Defendant sent Plaintiff another collection communication in an attempt to collect the Consumer Debt (the "Second Collection Communication").

28.     A screenshot of the Second Collection Communication is attached hereto as "Exhibit C."

29.     The Second Collection Communication stated: "Hello from Portfolio Recovery Associates, LLC-Debt Collector Acct msgs."

## COUNT I
## VIOLATION OF 15 U.S.C. § 1692c(c)

30.     Plaintiff, incorporates by reference paragraphs 1-29 of this Complaint as though fully stated herein.

31.     Pursuant to 15 U.S.C. § 1692c(c), "if a consumer notifies a debt collector in writing that the consumer wishes the debt collector to cease further communication with the consumer,  the debt collector shall not communicate further with the consumer with respect to such debt"  15 U.S.C. § 1692c(c).

32.     On or about October 25, 2025, Defendant was notified in writing, by and through the Cease and Desist Letter, that Plaintiff requested Defendant to stop contacting them.

33.     The Cease and Desist Letter read: "Please cease all collection activity"

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515  NE 26th Street, | Wilton Manors, Florida 33305 | Phone (813) 340-8838 | Fax (855) 529-9540
www.JibraelLaw.com

34.     As such, Defendant knew Plaintiff requested Defendant to stop contacting Plaintiff. Despite knowing this, Defendant communicated with and/or contacted Plaintiff in connection with the collection of the Consumer Debt, by and through the Second Collection Communication.

35.     Accordingly, Defendant violated 15 U.S.C. § 1692c(c) by communicating directly with Plaintiff in connection with the collection of the Consumer Debt via the Second Collection Communication.

## COUNT II
## VIOLATION OF FLA. STAT. § 559.72 (7)

36.     Plaintiff, incorporates by reference paragraphs 1-29 of this Complaint as though fully stated herein.

37.     Section 559.72, Fla. Stat., of the FCCPA contains nineteen subsections and otherwise codifies an extensive list of acts and/or omissions. *See generally* Fla. Stat. § 559.72. Specifically, in collecting consumer debts and pursuant to the FCCPA, no person shall: "willfully engage in [] conduct which can reasonably be expected to abuse or harass the debtor or any member of her or his family." Fla. Stat. § 559.72(7).

38.     As stated above, on or about October 25, 2025, Defendant was notified in writing, by and through the Cease and Desist Letter, that Plaintiff requested Defendant to stop contacting them

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515  NE 26th Street, | Wilton Manors, Florida 33305 | Phone (813) 340-8838 | Fax (855) 529-9540
www.JibraelLaw.com

39.    As such, Defendant knew Plaintiff requested Defendant to stop contacting Plaintiff. Despite knowing this, Defendant communicated with and/or contacted Plaintiff in connection with the collection of the Consumer Debt, by and through the Second Collection Communications.

40.    In doing so, Defendant willfully engaged in conduct which could reasonably be expected to abuse or harass Plaintiff. As such, by and through the Second Collection Communications, Defendant violated Fla. Stat. § 559.72(7).

## PRAYER FOR RELIEF

41.    WHEREFORE, Plaintiff, respectfully requests this Court to enter a judgment against Defendant, awarding the following relief:

(a)    Statutory damages as provided by 15 U.S.C. §1692k and Fla. Stat. § 559.77(2);

(b)    An order declaring that Defendant's actions, as set out above, violate 15 U.S.C. § 1692c(c) and Fla. Stat. § 559.72(7);

(c)    An injunction requiring Defendant to comply with 15 U.S.C. § 1692c(c) and Fla. Stat. § 559.72(7);

(d)    Costs and reasonable attorneys' fees pursuant to 15 U.S.C. §1692k and Fla. Stat. § 559.77(2); and

(e)    Any other relief that this Court deems appropriate under the circumstances.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515  NE 26th Street, | Wilton Manors, Florida 33305 | Phone (813) 340-8838 | Fax (855) 529-9540
www.JibraelLaw.com

DATED: April 30, 2026

Respectfully Submitted,

/s/ Mitchell D. Hansen
**MITCHELL D. HANSEN, ESQ.**
Florida Bar No.: 1065929
E-mail: mitchell@jibraellaw.com
*Lead Counsel for Plaintiff*
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640
E-mail: Zane@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street,
Wilton Manors, Florida 33305
Phone: 813-340-8838

*COUNSEL FOR PLAINTIFF*

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515  NE 26th Street, | Wilton Manors, Florida 33305 | Phone (813) 340-8838 | Fax (855) 529-9540
www.JibraelLaw.com